364 A.2d 914
**In re ESTATE of George W. MUNNELL,
Deceased, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 8, 1976.

Decided Oct. 8, 1976.

Jeffrey C. Munnell, Clifford A. Johns, Jr., McKeesport, for appellant.

Edward C. Schmidt, Rose, Schmidt & Dixon, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.
Decree affirmed. Appellant to bear costs.